IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHRN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18mj193-GMB |
| | ) | |
| JORY D'MICHAEL TRAYVUNN DUMAS | ) | |

## **ORDER**

Under consideration is the Government's Motion to Dismiss Jory D'Michael Trayvunn Dumas from Complaint (Doc. 20), filed August 15, 2018. Without opposition and for good cause shown, it is ORDERED that the motion is hereby GRANTED, and that this case be dismissed without prejudice.

DONE on the 20th day of August, 2018.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE